MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007

(212) 732-4343
FAX (212) 587-0570

November 7, 2011

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York

                              Re:  UNITED STATES v. RICHARD FUSCO
                                  E.D.N.Y. Docket 11 cr. 00030 (KAM)

Dear Judge Matsumoto,

     I write to request that defendant Richard Fusco be granted permission to travel on Saturday, November 12, 2011, to visit his elderly, sick sister. I have spoken with AUSA Elizabeth Gedder and she has stated that her Office does not oppose the request.

     The sister, Melinda Costanza, is in her mid-80's and is on dialysis and in general poor health. She resides in Brooklyn, at 1163 66th Street. We propose that Mr. Fusco be allow to leave his home, in Scarsdale, New York at 10:00 AM with his wife to take the approximate one hour drive, have lunch with his sister and visit with her until 6:00 PM, to be back at his home by 7:00 PM.

     Mr. Fusco would call in, to his Pretrial Service Officer, before he leaves his home and when he returns to it.

                                                              Very truly yours,

                                                              _____/s/_____
                                                           MARTIN B. ADELMAN

Mba : ps

cc: by email:
AUSA Elizabeth Geddes