MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007

(212) 732-4343
FAX (212) 587-0570

December 1, 2011

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York

Re: UNITED STATES v. RICHARD FUSCO
E.D.N.Y. Docket 11 cr. 00030 (KAM)

Dear Judge Matsumoto,

I write to request that defendant Richard Fusco be granted permission to travel on December 24 2011, to attend the Fusco family traditional Christmas Eve gathering at which Richard's generation, their children and their childrens' children attend. AUSA Elizabeth Geddes has informed me that her Office does not oppose the request.

The extended Fusco family meets at his sister's house 1135 84th Street, Brooklyn around 7:00 P.M. and have an extended dinner and celebration lasting as late as 1:00 A.M. The hosts are, as noted, Mr. Fusco's sister and her attorney husband. No one on the "don't-associate" list will be present

Mr. Fusco would call his Pretrial Service Officer before he leaves his home at 5:30 PM (to account for traffic en route) and when he returns to it, around 2:00 A.M. or earlier. He has made several travel requests previously – all granted – and there has not been any issue regarding his full compliance with the terms thereof.

Very truly yours,

_____/s/_____
MARTIN B. ADELMAN

cc: by email:
AUSA Elizabeth Geddes
PTSO Leo Berrios