MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007

(212) 732-4343
FAX (212) 587-0570

January 20, 2012

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York

                Re: UNITED STATES v. RICHARD FUSCO
                     E.D.N.Y. Docket 11 Cr. 00030 (KAM)

Dear Judge Matsumoto,

      I write to request that defendant Richard Fusco be granted permission to travel on Tuesday, January 24, 2012 to visit the grave-site of his deceased son, whose 45th birthday it would have been. He would leave his house at 11:30 A.M., travel to Brooklyn and be back home by 3:00 P.M..

      AUSA Elizabeth Geddes authorizes me to state that her office does not object to the request. Mr. Fusco has made several travel requests previously – all granted – and there has not been any issue regarding his full compliance with the terms thereof.

                                      Very truly yours,

                                      _____/s/_____
                                      MARTIN B. ADELMAN

cc: by email:
AUSA Elizabeth Geddes
PTSO Leo Berrios