Martin B. Adelman<br>
225 Broadway<br>
New York, N.Y. 11201

March 1, 2012

Hon. Kiyo A. Matsumoto<br>
United States District Judge<br>
United States District Court<br>
Eastern District of New York

        Re: UNITED STATES v. RICHARD FUSCO<br>
          E.D.N.Y. Docket 11 Cr. 00030 (KAM)

Dear Judge Matsumoto,

  I write to request an adjournment of the now-scheduled sentence date of March 26, 2012. This is the first such request.

  I had sent for and received Mr. Fusco's medical records from the Federal Bureau of Prisons and nearly 1200 pages have arrived. He is a very ill man and I have to review and abstract these records as part of my sentencing presentation to your Honor.

  Similarly, I am trying to set up an appointment to interview Mr. Fusco's primary care physician, arranging same has been difficult because of mutual heavy calendars.

  In addition I will be filing a application for a departure or variance on what I will submit are compelling grounds.

  I note this is the first request and that AUSA Elizabeth Geddes authorizes me to say that she does not oppose it.

  So that I will not burden the Court with any further requests for adjournment, can I ask the Court to adjourn the sentencing for Mr. Fusco for 60 days.

            Very truly yours,

            _____/s/_____<br>
            MARTIN B. ADELMAN

cc: by ECF:<br>
AUSA Elizabeth Geddes