MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007

(212) 732-4343
FAX (212) 587-0570

April 30,, 2012

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York

                          Re:  UNITED STATES v. RICHARD FUSCO
                                E.D.N.Y. Docket 11 cr. 00030 (KAM)

Dear Judge Matsumoto,

     I write to request that defendant Richard Fusco be granted permission to travel on Sunday, May 6, 2012 to attend his granddaughter's family "Sweet Sixteen Celebration" at Mr. Fusco's son, Richard's home at 39 Longview Avenue, Scarsdale, New York..

     Mr. Fusco would leave his home around 2:30 P.M. and return to it by 9:30 P.M. He would call his PreTrial Service Officer, Mr. Barrios, on leaving and on his return.

     I have spoken to both AUSA Allon Lifshitz and PTSO Leo Barrios and both authorize me to state they have no objection to the request.

                                                  Very truly yours,

                                                  MARTIN B. ADELMAN

Mba : ps

Cc: by email / ECF

        AUSA Allon Lifshitz
        PTSO Leo Barrios