MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007

(212) 732-4343
FAX (212) 587-0570

June 1, 2012

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York

           Re:  UNITED STATES v. RICHARD FUSCO
                 E.D.N.Y. Docket 11 Cr. 00030 (KAM)

Dear Judge Matsumoto,

    I write to request that defendant Richard Fusco be granted permission to travel on Saturday, June 16, 2012 to attend the wedding of Mrs. Fusco's co-worker at the local public library, with whom she has worked for the past 15 years (invitation attached).

    He would leave his house at around 6:00 P.M. and would be back home by 11:30 P.M. (if that late).

    AUSA Allon Lifshitz and Pre-Trial Service Officer Barrios authorize me to state that their offices do not object to the request. Mr. Fusco has made several travel requests previously – all granted – and there has not been any issue regarding his full compliance with the terms thereof.

                                  Very truly yours,

                                    MARTIN B. ADELMAN

cc: by email

AUSA Allon Lifshitz
PTSO Leo Berrios

05/23/2012  12:00    19147221305              SCARSDALE LIBRARY                        PAGE  03/03

Please join us on our wedding day
at our new venue:

The Fairways
at Dunwoodie Golf Course
1 Wayside Lane
Yonkers, New York 10710

June 16, 2012
6:30 P.M.

This day our hearts
are joined as one

Share with us this new beginning
the first day of our life together
on Saturday, the sixteenth of June
Two thousand and twelve
at six thirty in the evening
Dunwoodie Golf Course
at Wayside Lane
Yonkers, New York

Patricia Lorraine DeNon
and
Michael Raphael Imogocci

THIS WAS THE ORIGINAL PLACE. IT VERY
RECENTLY WENT OUT OF BUSINESS.
THE VENUE WAS CHANGED TO THE DUNWOODIE
GOLF COURSE.

MAY-23-2012  13:08           19147221305                    96%                P.03