MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007

(212) 732-4343
FAX (212) 587-0570

June 12, 2012

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York

       Re: UNITED STATES v. RICHARD FUSCO
        E.D.N.Y. Docket 11 cr. 00030 (KAM)

Dear Judge Matsumoto,

  I write regarding a travel requests for Mr. Fusco.

  I request that Mr. Fusco be granted permission to travel on Saturday, June 23, 2012 from his home to Cranford, New Jersey, to attend a Graduation Celebration for his grand-niece, who graduated from Ramapo College. Attached hereto is the invitation.

  He would leave his home in Westchester at 3:00 P.M. and would be back by 10:00 P.M. I have been in contact with AUSA Elizabeth Geddes/Allon Lifschitz and PTSO Leo Barrios and both have stated they have no objection.

  Mr. Fusco would call in, to his Pretrial Service Officer, before he leaves his home and when he returns to it.

       Very truly yours,

       MARTIN B. ADELMAN

Mba : ps

Cc: AUSA Elizabeth Geddes
  AUSA Allon Lifshitz
  PTSO Leo Barrios



*Join us as we celebrate*

*the graduation of our daughter*

*Amanda Camille*

*from Ramapo College*

*Saturday, June 23rd, 2012*

*at 4 o'clock in the afternoon*

*Camille and Bill*
*316 Casino Avenue, Cranford, N.J.*
*RSVP by June 14, 2012*
*917-757-4612*