MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007
———
(212) 732-4343
FAX (212) 587-0570

August 14, 2012

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York

                  Re: UNITED STATES v. RICHARD FUSCO
                        E.D.N.Y. Docket 11 cr. 00030 (KAM)

Dear Judge Matsumoto,

    I represent defendant Richard Fusco.

    Please be informed that Mr. Fusco has no objection to the release of his plea agreement with the Government.

                            Very truly yours,

                            MARTIN B. ADELMAN

Mba : ps

Cc: by ECF
AUSA Elizabeth Geddes